UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA JEAN DOMINISSE, et al.,<br><br>Defendants. | No. 2:24-cv-00583-KJM-EFB (PC)<br><br><br><br>ORDER |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2024, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 11. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 27, 2024, are adopted in full;
2. The complaint is dismissed without leave to amend for failure to state a claim; and
3. The Clerk of Court is directed to close the case.

DATED: December 2, 2024.

_____
UNITED STATES DISTRICT JUDGE